# GOBIERNO DE PUERTO RICO
## GOVERNMENT OF PUERTO RICO

### DEPARTAMENTO DE SALUD - REGISTRO DEMOGRAFICO
(DEPARTMENT OF HEALTH - DEMOGRAPHIC REGISTRY)

### CERTIFICACION DE MATRIMONIO
(CERTIFICATION OF MARRIAGE)

NUMERO

A2104218

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-2024-01622-008302-2602636-02128151

NOMBRE DEL CONTRAYENTE A (NAME)
ISABEL MARIE ORTIZ

FECHA NACIMIENTO (BIRTHDATE)          EDAD (AGE)
02 SEP 1980                           44

LUGAR NACIMIENTO (BIRTHPLACE)
PENNSYLVANIA, ESTADOS UNIDOS

NOMBRE DEL PADRE (FATHER'S NAME)      NOMBRE DE LA MADRE (MOTHER'S NAME)
ELISEO ORTIZ                          LORETTA ANN GOGOJEWICZ

NOMBRE DEL CONTRAYENTE B (NAME)
VICTOR ANTONIO RAFAEL CASTILLO

FECHA NACIMIENTO (BIRTHDATE)          EDAD (AGE)
14 OCT 1982                           41

LUGAR NACIMIENTO (BIRTHPLACE)
DOMINICAN REPUBLIC

NOMBRE DEL PADRE (FATHER'S NAME)      NOMBRE DE LA MADRE (MOTHER'S NAME)
HECTOR RAFAEL CASTILLO                DORA SUAREZ

LUGAR DE CELEBRACION (CELEBRATION PLACE)
SAN JUAN, PUERTO RICO

FECHAS (DATES): CELEBRACION (CELEBRATION)   INSCRIPCION (REGISTRATION)
                05 OCT 2024                 17 OCT 2024

NOMBRE DEL CELEBRANTE (OFFICIANT NAME)
GINA M TORRES BANASSE

FECHA EXPEDICION (DATE ISSUED)
24 FEB 2025

**************************************************************

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE MATRIMONIO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORDS FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931

SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)





Sello

4U24-21476249

009
Certificaciones
Pago /Paid

5120
01/14/2025
$10.00

Sello de Rentas Internas
80004-2025-0114-38714121

**ADVERTENCIA/WARNING:** No es válido sin la presencia de la Marca de Agua
Not valid without seen Watermark
Cualquier alteración o borradura cancela esta Certificación
Void if altered or Erased

Rev. 06/2020

## NO ES VALIDO SI SE ALTERA
### VOID IF ALTERED