Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
| --- |

| NOTICE TYPE | | | NOTICE DATE |
| --- | --- | --- | --- |
| Receipt | | | June 18, 2025 |
| **CASE TYPE** | | | **USCIS ALIEN NUMBER** |
| I-130, Petition for Alien Relative | | | |
| **RECEIPT NUMBER** | **RECEIVED DATE** | | **PAGE** |
| IOE0932493076 | June 16, 2025 | | 1 of 1 |
| **PRIORITY DATE** | **PREFERENCE CLASSIFICATION** | | **DATE OF BIRTH** |
| June 16, 2025 | 201 B INA SPOUSE OF USC | | September 02, 1980 |

ISABEL M. ORTIZ GOGOJEWICZ
C/ ZUMBADOR 878 COUNTRY CLUB
SAN JUAN, PR  00924

6    00001596

**PAYMENT INFORMATION:**

| | |
| --- | --- |
| Application/Petition Fee: | $675.00 |
| Total Amount Received: | $675.00 |
| Total Balance Due: | $0.00 |

APPLICANT/PETITIONER  NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
| --- | --- | --- | --- |
| SUAREZ CASTILLO, VICTOR | 10/14/1982 | DOMINICAN REPUBLIC | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

Potomac Service Center
U.S. Citizenship and Immigration Services
6046 N Belt Line Rd. STE 114
Irving, TX 75038-0015

**USCIS Contact Center Number:**

(800)375-5283
APPLICANT COPY





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C    10/13/21